Ronald Freeman
3650 Davie Rd #60
Davie Fl 33314

FILED BY _____ D.C.
JAN 17 2023
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| Ronald Freeman,<br><br>                                  Plaintiff<br>V.<br>President of the United States of America acting<br>By and through Joseph Biden,<br>                                Defendant | ACTION ON THE CASE FOR BREACH OF PRESIDENTIAL DUTIES |

### PARTIES

1. **Plaintiff,** Ronald Freeman, is and was at all times herein mentioned a 'black' Citizen of Florida and the "United States of America" (U.S.A.)

2. **Defendant,** President of the United States of America, acting by and through Joseph Biden, at all times herein is employed and compensated under laws of the U.S.A. as President of the nation state, he is being sued in his individual and official capacity.

3. **JURISDICTION & VENUE**

4. This action on the case arises under Article II of the U.S. Constitution. Jurisdiction is conferred upon this Court by 28 U.S.C.§ §1331 & 1361. The Venue is proper for this judicial district pursuant to 28 U.S.C.§1391.

5.           **1ˢᵗ CLAIM – Breach of ministerial duty under Article II section 3**

Page 1 of 4

6. Under Defendant's current execution of law 'black' people like Plaintiff are unable to make a contract by vesting legal ownership of gold he owns with the U.S.A. in exchange for payments of credit established in their Treasury, but white citizens holding stored value in U.S. dollars earned from the U.S enslavement of 'black' people are able to do so under Defendant's execution of laws like the National banking Acts, Federal Reserve Act and Gold Reserve Act of 1934.

7. Plaintiff is now injured in his right of liberty and private property to make a lawful contract with the U.S.A. because Defendant's current execution of law clearly violates the equal protection component of the 5th Amendment's due process clause and breaches his ministerial duty to faithfully execute it, since no legitimate reason exists to deny 'black' people the same right to contract with the U.S.A. that white citizens enjoy under his current execution of law.

8. Defendant's breach of ministerial duty is evidenced in his personal checking account statements proving his acceptance of credit established under laws of the U.S.A. like the Gold Reserve Act of 1934, as payment of debts due to him for his work as President to not execute the equal protection component of the 5th Amendment's due process clause.

9. None of the united States has authority to violate article 1 section 10 of their Constitution by making Things other than gold or silver coin a tender in payment of debts due to Defendant for his work as President; so any acts they make together as a nation State to do so is without Constitutional authority leaving Defendant without a legitimate claim of immunity in this case.

10. Any reasonable person knows or should know that 'black' people don't have majority ownership or control over the Federal Reserve System and would therefore be likely injured in their rights of liberty and private property if not given the same right to make a contract in gold with the U.S.A. that white citizens having majority control and ownership of the Federal Reserve System have done under Defendant's execution of law, because the U.S. Constitution has designated gold and

silver coin as the only consideration acceptable in contracts for payment of U.S. debt, by prohibiting states from making any Thing but gold or silver coin a tender in payment of debts, but Defendant hasn't cared to prevent these injuries so he refuses to execute the equal protection component of the 5th Amendment's due process clause.

11. As a result of Defendant's breach of duty, the majority white controlled Federal Reserve System has made advanced payments for government services to unfairly punish 'blacks' like Plaintiff for being within the jurisdiction of the majority white controlled U.S.A., by; (A) falsely charging him with obligations to pay money he's not authorized under their laws to make or coin; (B) stopping him from conducting a business to make a lawful contract for goods and services of the U.S.A. in fear of suffering bodily harm or losing his life at the will of their public servants carrying loaded firearms and handcuffs threatening to inconvenience him with physical confinement and or searches of his person as they actually did today against his will when he entered this courthouse, even though his persons or things weren't described in a warrant issued as required in the 4th Amendment, nor has a jury of his peers made a presentment, indictment against, or duly convicted him for a crime, injuring Plaintiff in his personal security contrarily to due process protections of the U.S. Constitution.

12. Since the U.S. Constitution hasn't vested Plaintiff with any power to execute the equal protection component of the Fifth Amendment's due process clause to stop unfair injuries to his rights of personal security, liberty and private property, no adequate remedy is available for him at law.

13. Defendant, as the only person vested with executive powers of the U.S.A. under the terms of the U.S. Constitution owes Plaintiff a ministerial duty to faithfully execute it, to stop said injuries.

14. Unless this Court finds 'black' people of African descent like Plaintiff to be lesser than white people or classified as their private property, no legitimate reason exists for Plaintiff to be injured

by Defendant's unqualified use of the U.S.A.'s executive power; because the 4th Amendment guarantees "The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated".

15. Plaintiff, as a 'black" citizen is entitled to relief by clearly established law written at 42 U.S.C.S. 1981 & 1982, which mandates "All persons within the jurisdiction of the United States shall have the same right in every State and Territory to make and enforce contracts to sue, be parties, give evidence, to inherit, purchase, lease, sell, hold, and convey real and personal property, and to the full and equal benefit of all laws and proceedings for the security of persons and property as is enjoyed by white citizens".

16. This court has power under 28 U.S. Code §1361 to stop Plaintiff's unfair injuries by issuing a writ of mandamus to compel Defendant, in his capacity as President of the U.S.A. to perform a ministerial duty that is clearly owed to Plaintiff as a 'black' person injured in his personal security and private property due to Defendant's unfaithful execution of the U.S. Constitution; if this power isn't appropriately used, Plaintiff will continue sustaining unjustified injuries.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for a common-law writ of mandamus commanding the President of the nation state "United States of America" to enforce the equal protection component of the 5th Amendment's due process clause in the U.S. Constitution, for the purpose of securing Plaintiff's persons and property from unfair injuries to his personal security and any other relief this court sees fit.

I declare under penalty of perjury that the foregoing is true and correct. Executed on 01/17/2023

By: Ronald Freeman  *Ronald Freeman*
3650 Davie Rd #60   1/17/2023
Davie Fl 33314